IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAURIE SIMPSON, | : : : | |
| Plaintiff, | : : | MISCELLANEOUS ACTION |
| v. | : : | |
| BAYER CORPORATION, et al., | : : | NO. 16-207 |
| Defendants. | : | |

### O R D E R

**AND NOW**, this 15th day of December, 2016, after a telephone conference with the parties, and upon consideration of Geisinger Medical Center's motion to quash subpoena (Doc. No. 1), plaintiff-relator's response in opposition to motion to quash/motion to transfer (Doc. No. 3), and Geisinger Medical Center's reply brief in support of the motion to quash (Doc. No. 6), **IT IS HEREBY ORDERED** that:

1. Plaintiff-relator's motion to transfer is **GRANTED**.

2. Geisinger's motion to quash (Doc. No. 1) is **DENIED as moot.**

3. This matter shall be transferred to the United States District Court for the District of New Jersey for adjudication by the Judge presiding over the case captioned United States ex rel. Simpson v. Bayer Corp., 2:05–cv–3895.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.